U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

APR 12  2 59 PM '05

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Collette Lefebvre</u>
<u>and Ralph Lefebvre</u>

      v.                        Civil Action No. C.03-429-JD

<u>Purity Spring Resort, Inc.</u>

### ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

April 12, 2005

                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

cc:    William Aivalikles, Esq.
        Thomas Quarles, Jr., Esq.